## KREZNAR ET AL. v. UNITED STATES.

No. 85.  Decided March 2, 1964.

*Sidney Dickstein, David I. Shapiro* and *George Kaufmann* for petitioners.

*Solicitor General Cox, Acting Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment is reversed.  *Greene* v. *United States, ante,* p. 149.

MR. JUSTICE HARLAN dissents for the reasons stated in his dissenting opinion in *Greene* v. *United States, ante,* p. 164.

## LORD v. WINCHESTER STAR ET AL.

No. 732.  Decided March 2, 1964.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.